# *United States District Court*

*District of Minnesota*

Fastek Products, Inc.

Plaintiff(s)

-vs- Civil Action 00-393JRT/SRN

Active Co.

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that Active Co. defendant (s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

ACTIVE CO.

this 22ND day of AUGUST, 2000

FRANCIS E. DOSAL, CLERK

By Denise La Fond
Deputy Clerk

8