UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fastek Products Inc.,

Plaintiff,

v.

Active Co.,

Defendant.

Case No. 0:00-CV-393 JRT/SRN

**ORDER**

---

Richard A. Arrett, Vidas Arrett & Steinkras, Suite 2000, 6109 Blue Circle Drive, Minnetonka, Minnesota 55343, for plaintiff.

Lora Esch Mitchell, Fredrikson & Byron, P.A., 1100 International Centre, 900 Second Avenue South, Minneapolis, Minnesota 55402, for defendant.

This matter is before the Court on the motion of plaintiff Fastek Products, Inc. for entry of default judgment. Defendant Active Co. opposes the motion and has moved to set aside the default this Court entered on August 22, 2000.

The Court finds that good cause exists under Fed. R. Civ. P. 55(c) to set aside the default. The Court further finds that the Summons and Complaint have not been properly served.

**ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment is **DENIED**.

2. Defendant's motion to set aside the default entered on August 22, 2000 is **GRANTED**. The Court hereby sets aside the default previously entered against Active Co.

Dated: December 1, 2000

JOHN R. TUNHEIM
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2450050\1

FILED DEC 0 2 2000
FRANCIS E. GOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______