UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fastek Products Inc.,

Plaintiff,

v.

Active Co.,

Defendant.

Case No. 0:00-CV-393 JRT/SRN

**STIPULATION AND ORDER TO TRANSFER**

The parties, through their counsel, hereby stipulate as follows:

1. On December 21, 2000, defendant Mingze Wu d/b/a Active Co. ("Wu") served a motion to dismiss or transfer to the Southern District of New York. In the motion, Wu argued that venue is improper in this District under 28 U.S.C. § 1400(b), and that the Court lacks personal jurisdiction over Wu.

2. The parties agree this case should be transferred to the Southern District of New York under 28 U.S.C. § 1404(a). Because Wu has an established place of business within the Southern District of New York, the parties further agree that venue is proper within that District.

3. Finally, the parties agree that Wu may answer the Complaint within forty-five (45) days after the case is transferred to the Southern District of New York.

Dated: January 15, 2001

Richard A. Arrett (#186570)
VIDAS ARRETT & STEINKRAUS
Suite 2000
6109 Blue Circle Drive
Minnetonka, Minnesota 55343
Telephone: (952) 563-3000
Facsimile: (952) 563-3001

ATTORNEYS FOR PLAINTIFF

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: January 11, 2001

Thomas S. Fraser (#31641)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7028
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANT
MINGZE WU d/b/a ACTIVE CO.

**ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED**:

1. Defendant shall have forty-five (45) days from the date of this Order to answer the Complaint.

2. This case is hereby transferred to the Southern District of New York.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Jan 22, 2001

JOHN R. TUNHEIM
United States District Judge

:\2464407\1—43938.0001